UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

Case No. 18-cv-81222-DMM

MARY MCLEAN, individually
and on behalf of all others
similarly situated,

        Plaintiff,

v.

BRETT A. OSBORN, D.O., PLLC,
a professional limited liability company,

        Defendant.
_____/

## ORDER CLOSING CASE

Consistent with the Final Approval Order (DE 45), it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

SIGNED in Chambers in West Palm Beach, Florida, this __6__ day of December, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE